IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| LINDSAY S. STEVENS,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER CARTER, *et al.*,<br><br>Defendants. | 2:23-CV-116-Z |

**ORDER**

On September 5, 2023, Magistrate Judge Reno issued a Notice of Deficiency ("Notice") (ECF No. 7) to address deficiencies in Plaintiff's Motion to Proceed *In Forma Pauperis* ("Motion") (ECF No. 4). That Notice required Plaintiff to submit documents to cure the deficiencies "within thirty (30) days from the date of this Notice." ECF No. 7 at 2. And the Notice stated that "Plaintiff's failure to submit [the documents] within thirty days will result in a dismissal of Plaintiff's complaint without further notice." *Id.* Plaintiff has submitted no further documents.

Federal Rule of Civil Procedure 41(b) permits dismissal on a court's own motion "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order." *See Morris v. Ocean Sys., Inc.*, 730 F.2d 248, 251 (5th Cir. 1984). And a federal court has inherent authority "to protect the efficient and orderly administration of justice." *In re Stone*, 986 F.2d 898, 902 (5th Cir. 1993). This Court exercises that authority now. Plaintiff's case is **DISMISSED**.

**SO ORDERED**.

November 3, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE