IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| LINDSAY S. STEVENS,<br><br>  Plaintiff,<br><br>v.<br><br>CHRISTOPHER CARTER, *et al.*,<br><br>  Defendants. | 2:23-CV-116-Z |

## JUDGMENT

For the reasons articulated in this Court's previous order, all pending motions in Plaintiff's case are **DENIED** and Plaintiff's case is **DISMISSED**.

**SO ORDERED.**

November **3**, 2023

                   _____
                   MATTHEW J. KACSMARYK
                   UNITED STATES DISTRICT JUDGE